Official Form 416A (12/15)

VIA EMAIL @ 3:17PP

FILED

OCT 23 2023

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

**Form 416A.  CAPTION (FULL)**

# United States Bankruptcy Court

_MIDDLE_ District Of _FLORIDA_

In re  WEST FLORIDA HARDSCAPING and Brick Inc
Anthony Jason Veraldi ,

*[Set forth here all names including married,*
*maiden, and trade names used by debtor within*
*the last 8 years.]*

**Debtor**

Case No. _8:23-bk-03080-CPM_

Address  _11744 Kitten Trail_

_Hudson FL 34669_

Last four digits of Social-Security or Individual
Tax- Payer-Identification (ITIN) No(s)., (if any): _5064_

Chapter _7_

Employer's Tax Identification No(s). (if any): _____
_26-0121002_

*[Designation of Character of Paper]*

OBJECTION to discharge of debt due to Deborah and
Robert Hickman
Comes now Robert & Deborah Hickman, pro se,

COMPLAINT Plaintiff(s), Robert and Deborah Hickman, pro se, files this Complaint pursuant to Section 523 of US bankruptcy code and alleges the following in support of the requested relief:

1. This is an adversary proceeding in which the Plaintiff(s) are seeking objection to discharge of the $18,000 debt

JURISDICTION

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. 3. This is a core proceeding pursuant to 28 U.S.C. § 157.

4. Plaintiff has standing to bring this action.

5. Venue is proper pursuant to 28 U.S.C. § 1409(a) and Local Rule 1071-1 of the United States Bankruptcy Court for the Middle District of Florida.

COUNT I- Objection to discharge of debt to Deborah and Robert Hickman as listed on Veraldis bankruptcy form, $18,000.

BACKGROUND FACTS

6. On April 10, 2023 the Hickmans responded to a Craigslist posting regarding a 2003 F450 advertised by Anthony Veraldi who returned the Hickman's calls twice that day stating that the truck was in excellent mechanical condition and that he would not hesitate to send his mother across country in it. Veraldi stated that his son drove the truck to Georgia recently with no issues and that the truck was extremely dependable. On April 11 the Hickmans again spoke by phone with Veraldi to verify that the truck was dependable and ready to work. That day the Hickmans made the trip to Hudson of over 200 miles one way. While inspecting the truck the Hickmans asked Veraldi if there were any oil leaks to which he replied no, no issues with the truck, it is dependable and ready to work. Veraldi stated that he had lowered the price to $11,000 as he was not a car salesman and had no time for the process. After the $11,000 was given to Veraldi he made the following statement to Mrs Hickman: "I don't know about you, but I think I pay enough taxes." He then proceeded to fill out 2 separate bills of sale and handed them to Mrs Hickman. One is for $11,000 which is the amount in cash that she gave Veraldi, the other is for $5,000. Veraldi signed both receipts individually with no corporate title. The truck was registered to West Florida Hardscaping and Brick

Inc.  During the exchange of money between Veraldi and Mrs Hickman, Mr Hickman was questioning Veraldis adult son about the dependability of the vehicle and was told by the son that he drove it and never had issues, that "it's a good truck, always worked great, dependable, I pulled trailers and used it for work with no issue."The Hickmans left Hudson, FL for the drive home during a thunderstorm. The wipers did not operate, the lighting on the truck failed, the driver's window was out of track and could not be opened. The Hickman were forced to pull over and wait in hopes that the rain would let up. It took the Hickmans over 9 hours to get home. The truck was shaking at speeds of over 50mph due to the tires being out of round from being parked for a lengthy amount of time. The Hickmans had loaded their van onto their trailer to tow it back with the F450. The Hickmans used RAIN X on the windshield and windows to assist with vision, turned the lights on the van on and the trailer lights to complete the journey. Ultimately the F450 had to be left on the side of SR74 and the Hickmans drove their van home and had to tow the truck to their home and ultimately to Gilbert Ford. On April 12 the Hickmans again called Veraldi and spoke to him for over 9 minutes detailing the trucks failures and the peril that they were placed in. Veraldi did not want to be bothered by these facts and ultimately he ended the call without offering any resolution to the Hickmans. Copies of the invoices and service details from the Ford dealership are attached. Also attached is a flyer provided to the Hickmans by Veraldi with his handwritten notation regarding a type of oil that he suggested. This flyer contains the same information that was published in Veraldis Craigslist for sale posting. While at Veraldis home I stated you have some great "toys" referring to concrete equipment, multiple flat and enclosed trailers, skid steer, tractor, multiple trucks and at least one boat as well as all-terrain vehicles. Veraldi replied that business was great and that he could not keep up with the work. The amount of equipment he had made us more comfortable with making the purchase of the F450.

7. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs __1_ through _8__.

8. Section 523 of U S Bankruptcy code 2(A) -For money obtained by false pretenses and false representation. 2(B)- Use of a statement in writing that is materially false that the debtor caused to be

made and published with intent to deceive. 6- Willful and malicious injury by the debtor to Robert and Deborah Hickman

During the questioning at multiple meetings of creditors Mr. Veraldi repeatedly stated that he was desperate for cash to assist with meeting his weekly automatic withdrawals for cash advances and Mr. Veraldi stated that he provided the Hickman's with 2 separate sales receipts that listed two different sales prices "Because you asked for them" which the Hickmans absolutely deny and believe this statement by Veraldi constitutes perjury 18 USC 1623. During the meeting of creditors Deborah Hickman asked Mr. Veraldi if he always committed crimes when he was asked to do so. Veraldi also stated at the meetings of creditors that he drove this F450 truck for his job duties until the time that he sold it to the Hickmans. This is untrue and appears that he committed perjury 18 USC 1623. The tires were squared/ out of round due to being parked for an extended period. Veraldi further stated that he took photos of the Hickmans driving off of his property after the purchase. This seems odd and suspicious. The Hickmans wonder if Veraldi also took photos of all the other vehicles and items that he sold as they left his property. The Hickmans believe that Veraldi committed fraud in the inducement as well as wire fraud under FL statute 817.034.

Documents further supporting Hickmans objection to discharge of their debt by Veraldi are attached. These documents include a copy of the truck's title showing that it was registered to West Florida Hardscaping and Brick Inc. A copy of both sales receipts Veraldi gave to the Hickmans signed by Veraldi individually without corporate title. The Hickmans sent a certified packet to West Florida Hardscaping and Brick Inc postmarked July 6, 2023 which was not accepted by the corporation and was returned to the Hickmans unclaimed attached,is a photo of this envelope. A copy of the flyer that Veraldi provided to the Hickmans with his handwritten notation at bottom of flyer indicating the oil type that he used for the truck. This flyer represents the Craigslist ad language that the Hickmans responded to. A copy of the Demand Letter sent to Veraldi by the Hickmans. Copies of the text messages between the Hickman's and Veraldi. Copies of both invoices for inspections of the 2003 F450 sold to the Hickman's under false pretenses. These invoices are from Gilbert Ford and state that the truck has multiple oil leaks from the engine along with multiple electrical and other problems with the truck including it having the wrong steering wheel. Copies of a document outlining the actions of Veraldi regarding this transaction which include details of several telephone conversations the Hickman's had with Veraldi when he enticed them to complete the purchase of the worthless F450. As well as false statements made to the Hickman's by Veraldi and his adult son about the truck's complete road worthiness and lack of oil leaks and the truck's ability to serve as a dependable, fully functioning work truck.

The Hickman's gave Veraldi $11,000 in cash and further incurred towing fees to move the truck from County Road 74 when it became too dangerous to continue driving it. The truck was towed to the Hickman's home and subsequently to Gilbert Ford who charged the Hickman's $3206.99 for diagnosis and attempts to repair what the dealership termed major rigging of the truck which has multiple engine oil leaks. The Hickman's demanded repayment of $18,000 to the Hickman's. Instead of repayment to the Hickmans, Veraldi is attempting to discharge this debt through Chapter 7 Bankruptcy proceedings.

The Hickmans have lost revenue and have been forced to spend a great amount of energy and other resources to defend their rights in this matter including lost revenue.

The Hickmans are entitled to the relief sought. The Hickmans consent to final orders of judgement by the bankruptcy court.

Documents supporting this request are attached.

   WHEREFORE, the Plaintiff(s), Robert and Deborah Hickman respectfully request(s) that the Court deny discharge of this debt under section 523 US bankruptcy code 2A, 2B and 6 and for such other and further relief the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Deborah Hickman _____ Date: 10/18/2023

Robert Hickman _____ Date 10/18/2023

PRO SE

Both of whom reside at 1289 River Road, Moore Haven, FL 33471

863-255-3157

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES - DIVISION OF MOTORIST SERVICES
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE

## Notice of Sale and/or Bill of Sale for a Motor Vehicle, Mobile Home, Off-Highway Vehicle or Vessel

☐ Notice of Sale (Seller must complete sections 1 & 3).  The purchaser's signature in section 3 is optional.

☐ Bill of Sale (Seller and purchaser must complete sections 1, 2 (when applicable) & 3).

| 1. | Motor Vehicle, Mobile Home, Off- Highway or Vessel Description | | | |
|---|---|---|---|---|
| **Year** 2003 | **Make/Manufacturer** FORD | **Body Type** TRUCK | **Model** F450 | **Color** WHITE |
| **Certificate of Title Number** 130816195 | **Current Title Issue Date** 09/01/2021 | **Vehicle/Vessel Identification Number** 1FDXX47PX3EB91269 | | |

I/we do hereby sell or have sold and delivered the above described motor vehicle, mobile home, off-highway vehicle or vessel to:

**Print Name(s) of Purchaser(s)**
Robert ae Deborah Hickman

| **Address** 1289 River Rd | **City** Moore Haven, | **State** FL | **Zip Code** 33471 |
|---|---|---|---|
| **Date of Sale** | **Selling Price** $ 5000 | | |

| 2. | Odometer Disclosure Statement (Required For a Motor Vehicle) |
|---|---|

Federal and State law requires that you state the mileage in connection with the transfer of ownership.  Failure to complete or providing a false statement may result in fines and/or imprisonment.

WE STATE THAT THIS MOTOR VEHICLE'S ☐ 5 DIGIT  OR ☒ 6 DIGIT ODOMETER NOW READS 210,000 .xx (NO TENTHS) MILES, DATE READ 4/11/23 , AND WE HEREBY CERTIFY THAT TO THE BEST OF OUR KNOWLEDGE THE ODOMETER READING:

☒ 1. REFLECTS THE ACTUAL MILEAGE.    ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.    ☐ 3. IS NOT THE ACTUAL MILEAGE.

**Affidavit (When applicable):**

| 3. | Certification |
|---|---|

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| **Seller's Signature** | **Seller's Printed Name** ANTHONY VERACVDI | **Date** 4/11/23 |
|---|---|---|
| **Seller's Address** P O BOX 5926 | **City** HUDSON **State** FL | **Zip Code** 34674 |
| **Co-Seller's Signature (when applicable)** | **Co-Seller's Printed Name (when applicable)** | **Date** |
| **Co-Seller's Address (when applicable)** | **City** **State** | **Zip Code** |
| **Purchaser's Signature** | **Purchaser's Printed Name** | **Date** |
| **Co-Purchaser's Signature (when applicable)** | **Co-Purchaser's Printed name (when applicable)** | **Date** |

OWNERSHIP STATUS FOR THE ABOVE DESCRIBED MOTOR VEHICLE, MOBILE HOME, OFF-HIGHWAY VEHICLE OR VESSEL WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

HSMV 82050 (Rev. 03/21) S

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES - DIVISION OF MOTORIST SERVICES
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE

# Notice of Sale and/or Bill of Sale for a Motor Vehicle, Mobile Home, Off-Highway Vehicle or Vessel

☐ Notice of Sale (Seller must complete sections 1 & 3). The purchaser's signature in section 3 is optional.

☐ Bill of Sale (Seller and purchaser must complete sections 1, 2 (when applicable) & 3).

| 1. | Motor Vehicle, Mobile Home, Off- Highway or Vessel Description | | | |
|---|---|---|---|---|
| Year 2003 | Make/Manufacturer FORD | Body Type TRUCK | Model F450 | Color WHITE |
| Certificate of Title Number 130816195 | | Current Title Issue Date 09/01/2021 | Vehicle/Vessel Identification Number 1FDXX47PX3EB91269 | |

I/we do hereby sell or have sold and delivered the above described motor vehicle, mobile home, off-highway vehicle or vessel to:

| Print Name(s) of Purchaser(s) | | | |
|---|---|---|---|
| Address | City | State | Zip Code |
| Date of Sale | Selling price $ 11000 | | |

| 2. | Odometer Disclosure Statement (Required For a Motor Vehicle) |
|---|---|

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

WE STATE THAT THIS MOTOR VEHICLE'S ☐ 5 DIGIT OR ☒ 6 DIGIT ODOMETER NOW READS 210,000.xx (NO TENTHS) MILES, DATE READ 4/11/23, AND WE HEREBY CERTIFY THAT TO THE BEST OF OUR KNOWLEDGE THE ODOMETER READING:

☒ 1. REFLECTS THE ACTUAL MILEAGE.   ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. IS NOT THE ACTUAL MILEAGE.

Affidavit (When applicable):

| 3. | Certification | | |
|---|---|---|---|

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Seller's Signature | Seller's Printed Name | | Date |
|---|---|---|---|
| Seller's Address | City | State | Zip Code |
| Co-Seller's Signature (when applicable) | Co-Seller's Printed Name (when applicable) | | Date |
| Co-Seller's Address (when applicable) | City | State | Zip Code |
| Purchaser's Signature | Purchaser's Printed Name | | Date |
| Co-Purchaser's Signature (when applicable) | Co-Purchaser's Printed name (when applicable) | | Date |

☼ OWNERSHIP STATUS FOR THE ABOVE DESCRIBED MOTOR VEHICLE, MOBILE HOME, OFF-HIGHWAY VEHICLE OR VESSEL WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

HSMV 82050 (Rev. 03/21) S

# 2003 FORD F450 4x4 DRW SUPERCAB

210k miles 6.0L 4WD DUALLY READING 9' CLASSIC UTILITY BED BOX, DELETED, 4.88 GEARS, TORKLIFT 30K DUAL 2 ½" & 3" RECEIVER HITCH, FORD MOTORCRAFT INJECTORS, ICE COLD A/C, MILE MARKER HUBS BILSTIEN SHOCKS, 19.5" RIMS & TIRES, LOTS OF TREAD, S&B COLD AIR INTAKE, NEW PULLEYS, TENSIONER, BLUETOOTH STEREO, LED LIGHTING, TRAILER BRAKE CONTROLLER, TRUCK RUNS AND DRIVES GREAT! READY TO WORK! DRIVE ANYWHERE! $12,500

# 727-667-7316

15 w-40
ROYAL PURPLE

71662 HIC



3175 US Hwy 441 South      PO Box 1985      Phone: 863-763-2121
Okeechobee, FL 34974   Okeechobee, FL 34973   Fax: 863-763-0513

| ROBERT HICKMAN | | VEHICLE ID | | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 1289 RIVER ROAD | | **1FDXX47PX3EB91269** | | 210551 | 210551 | 07/31/23 12:21 | 09/01/23 | **71662** |
| MOORE HAVEN, FL 33471 | | VEHICLE DESCRIPTION | | | | TAG NO. | | STATUS |
| | | 2003 FORD F450 SUPER | | | | | | **COMPLETE** |
| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | | TERMS |
| 026864 | | | | | | | | No Charge |
| PHONE 1 | PHONE 2 | CELL | | STOCK NO. | | SERV. ADV. | | RO COMMENT |
| | | (863) 255-3157 | | | | GIL COLON (020) | | |

| Line | Op-Code | Fail Code | Tech | Hours | Type | | Amount |
|---|---|---|---|---|---|---|---|
| **A** * | | | | | Customer | | $0.00 |
| Concern | Customer States VEHICLE LEAKING TRANSMISSION FLUID | | | | | | |
| Correction | found multiple oil leaks on engine, customer declined further diag due to servere oil leaks from multiple places on engine customer does not want to put more monet into vehicle, note vehicle intermittantly will not start possibly due to high pressure internal oil leak. | | | | | | |
| | | | | | Line Total... | | $0.00 |
| **B** | | A03 | | | Customer | | $0.00 |
| Concern | Customer states BACK UP LIGHT INOP | | | | | | |
| Correction | found conectors loose to bed cleaned and reconnected bed connectors and lights are operrational now | | | | | | |
| | | | | | Line Total... | | $0.00 |
| **C** | | A03 | | | Customer | | $0.00 |
| Concern | Customer states VEHICLE TURN SIGNAL INOP | | | | | | |
| Correction | see line b for repair | | | | | | |
| | | | | | Line Total... | | $0.00 |
| **D** + | PDEL | | | | Customer | | $0.00 |
| Concern | Pick up customer vehicle  upon request and deliver back. | | | | | | |
| | | | | | Line Total... | | $0.00 |

Warranty Claim Type: F        Authorization Code:                    Service Cont No:

| ROBERT HICKMAN | | VEHICLE ID | | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 1289 RIVER ROAD | | **1FDXX47PX3EB91269** | | 210551 | 210551 | 07/31/23 12:21 | 09/01/23 | **71662** |
| MOORE HAVEN, FL 33471 | | VEHICLE DESCRIPTION | | | | TAG NO. | STATUS | |
| | | 2003 FORD F450 SUPER | | | | | **COMPLETE** | |
| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS | |
| 026864 | | | | | | | No Charge | |
| PHONE 1 | PHONE 2 | CELL | STOCK NO. | | SERV. ADV. | | RO COMMENT | |
| | | (863) 255-3157 | | GIL COLON  (020) | | | | |

Totals

| | Amount |
|---|---|
| Total Amount Due | **$0.00** |

STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items.  The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose.  Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

Florida law prohibits recording a person without consent. If you have a recording device in your vehicle, please remove it prior to submitting the vehicle for service. If such a device is discovered in your vehicle during service, please be aware that it may be disabled by dealership personnel.

CUSTOMER SIGNATURE

On behalf of servicing dealer, I hereby certify that the information contained hereon is accurate unless otherwise shown. Warranty services described were performed at no charge to owner. There was no indication from the appearance of the vehicle or otherwise, that any part repaired or replaced under this claim had been connected in any way with any accident, negligence, or misuse. Records supporting this claim are available for (1) year from the date of payment notification at the servicing dealer for inspection by manufacturer's representative.

(SIGNED)    DEALER, GENERAL MANAGER OR AUTHORIZED PERSON (DATE)



3175 US Hwy 441 South   PO Box 1985   Phone: 863-763-2121
Okeechobee, FL 34974   Okeechobee, FL 34973   Fax: 863-763-0513

| ROBERT HICKMAN 1289 RIVER ROAD MOORE HAVEN, FL 33471 | VEHICLE ID | | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| | **1FDXX47PX3EB91269** | | 210453 | 210453 | 04/22/23 11:56 | 06/16/23 | **69512** |

| VEHICLE DESCRIPTION | | TAG NO. | STATUS |
|---|---|---|---|
| 2003 FORD F450 SUPER | | | **COMPLETE** |

| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS |
|---|---|---|---|---|---|---|---|
| 026864 | | | | | | | Cash |

| CELL | PHONE 2 | PHONE 3 | STOCK NO. | SERV. ADV. | | RO COMMENT |
|---|---|---|---|---|---|---|
| (863) 255-3157 | | | | GIL COLON (020) | | |

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| **A** | 99P | | A03 | | Customer | $0.00 |

Concern   CUSTOMER REQUEST MULTI POINT INSPECTION .
Correction  Multi-Point Inspection Completed.

Line Total...   $0.00

| | | | | | | |
|---|---|---|---|---|---|---|
| **B** | TEXT | | A03 | | Customer | $0.00 |

Concern   I consent to the receipt of service updates, reminders, promotions and other information related to my vehicle or any future vehicle I may purchase at Gilbert Ford via text messaging. This cell phone is my phone. I can opt out from receiving text messages by replying STOP to Opt Out.

Line Total...   $0.00

| | | | | | | |
|---|---|---|---|---|---|---|
| **C** | | | A03 | | Customer | $0.00 |

Concern   Customer states VEHICLE SHAKE AT 55 OR MORE
Correction  needs front tires customer declined tires at thsi time shake will be there till the tires are replaced

Line Total...   $0.00

| | | | | | | |
|---|---|---|---|---|---|---|
| **D** | | | A03 | | Customer | $2,240.00 |

Concern   Customer states VEHICLE DASH BOARD LIGHT INOP / CRUISE CONTROL INOP
Correction  verrified customer concern, turn signals inop, dash lights inop, cruise inop, horn inop, found vehicle with wrong steering coulumn and clock spring broke, found wires for turn signals worn in a few spots, repaired wires for turn signals, replaced steering column with used one, repalced the falsher relay, repalced missing fuses, repaired wires for headlights (one was dim) note: truck has multiple pannels and parts from other vehicles advised customer there may be other issues in the future truck has had extensive work mechanicly and on the electric/lighting side at previous shops customer stated they just bought this truck and is trying to get the truck in running order, advised customer.

| Part Number | Description | Qty. | Unit Price | Ext. Price |
|---|---|---|---|---|
| 5C3Z 13350 AA | RELAY - DIRECT | 1 | $37.64 | $37.64 |

| ROBERT HICKMAN | | VEHICLE ID | | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 1289 RIVER ROAD | | **1FDXX47PX3EB91269** | | 210453 | 210453 | 04/22/23 11:56 | 06/16/23 | **69512** |
| MOORE HAVEN, FL 33471 | | VEHICLE DESCRIPTION | | | | TAG NO. | STATUS | |
| | | 2003 FORD F450 SUPER | | | | | **COMPLETE** | |

| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS |
|---|---|---|---|---|---|---|---|
| 026864 | | | | | | | Cash |

| CELL | PHONE 2 | PHONE 3 | STOCK NO. | SERV. ADV. | RO COMMENT |
|---|---|---|---|---|---|
| (863) 255-3157 | | | | GIL COLON (020) | |

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|

**D**   Continued

| Part Number | Description | Qty. | Unit Price | Ext. Price |
|---|---|---|---|---|
| STEER WHL | OBSLT | 1 | $260.00 | $260.00 |
| | | | Parts Total... | $297.64 |
| | | | Line Total... | $2,537.64 |

---

**E**                               A03                Customer                $0.00

Concern     Customer states VEHICLE TURN SIGNAL ON RIGHT SIDE INOP
Correction  See line e for repair

| Part Number | Description | Qty. | Unit Price | Ext. Price |
|---|---|---|---|---|
| F1TZ 13411 F | SOCKET ASY | 1 | $27.10 | $27.10 |
| | | | Parts Total... | $27.10 |
| | | | Line Total... | $27.10 |

---

**F**                               A03                Customer                $0.00

Concern     Customer states VEHICLE AC NOT BLOWING COLD
Correction  see line e for repair (wiring issue)

Line Total...   $0.00

---

**G +**   ALIGN                      A03                Customer                $125.00

Concern     CUSTOMER REQUEST WHEEL ALIGNMENT--THRUST ANGLE--- ( MAJOR
            ADJUST AND PARTS ARE EXTRA.  MODIFIED VEHICLES AND TRUCKS MAY
            HAVE ADDITIONAL CHARGE)
Cause       ALIGNMENT IS NOT WITHIN FACTORY SPECIFICATIONS
Correction  PERFORMED WHEEL ALIGNMENT

Line Total...   $125.00

---

Warranty Claim Type: F      Authorization Code:              Service Cont No:

| ROBERT HICKMAN<br>1289 RIVER ROAD<br>MOORE HAVEN, FL 33471 | | VEHICLE ID | | MILES IN | MILES OUT | DATE/TIME IN | | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | **1FDXX47PX3EB91269** | | 210453 | 210453 | 04/22/23 11:56 | | 06/16/23 | **69512** |
| | | VEHICLE DESCRIPTION | | | | | TAG NO. | STATUS | |
| | | 2003 FORD F450 SUPER | | | | | | **COMPLETE** | |
| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | | TERMS | |
| 026864 | | | | | | | | Cash | |
| CELL | PHONE 2 | PHONE 3 | STOCK NO. | | SERV. ADV. | | | RO COMMENT | |
| (863) 255-3157 | | | | | GIL COLON  (020) | | | | |

Totals

| | Amount |
|---|---|
| Labor | **$2,365.00** |
| Parts | **$324.74** |
| SHOP SUPPLIES | **$307.45** |
| SalesTax | **$209.80** |
| Total Amount Due | **$3,206.99** |
| | |
| Personal Check | **$3,206.99** |
| #:2304 | --- |
| ASPIRATION BANK | — |

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items.  The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose.  Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.
Florida law prohibits recording a person without consent. If you have a recording device in your vehicle, please remove it prior to submitting the vehicle for service. If such a device is discovered in your vehicle during service, please be aware that it may be disabled by dealership personnel.

CUSTOMER SIGNATURE

on behalf of servicing dealer, I hereby certify that the information contained hereon is accurate unless otherwise shown. Warranty services described were performed at no charge to owner. There was no indication from the appearance of the vehicle or otherwise, that any part repaired or replaced under this claim had been connected in any way with any accident, negligence, or misuse. Records supporting this claim are available for (1) year from the date of payment notification at the servicing dealer for inspection by manufacturer's representative.

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON
(DATE)

# CERTIFICATE OF TITLE

VOID IF ALTERED

**Identification Number** FPDXX47PX3EB91289

| Year | Make | Body | WT-LBHP | Vessel Regis. No. | | Title Number |
| --- | --- | --- | --- | --- | --- | --- |
| 2003 | FORD | TK | | | 10000 | 13081B199 |

Primary Brand   Secondary Brand

Prev. Issue Date 08/17/2021

Prev. State FL   Color WHI

| No. of Brands | Use | Prop | Prev. Issue Date |
| --- | --- | --- | --- |
| | PRIVATE | | 08/17/2021 |

Date of Issue 09/01/2021

Odometer Status or Vessel Manufacturer or CH use   Hull Material

155958 MILES   09/01/2021 ACTUAL

**Registered Owner**

WEST FLORIDA HARDSCAPING AND BRICK INC
PO BOX 5926
HUDSON   FL   34674-5926

**1st Lienholder**

NONE

DIVISION OF MOTORIST SERVICES   TALLAHASSEE   FLORIDA

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Terry L. Rhodes
Executive Director

Control Number **153584997**

**Lien Release**
interest in the described vehicle is hereby released.

By _____ Title _____

Date _____

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law requires that the seller state the mileage, purchaser's name, selling price and date in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described herein is hereby transferred to:

Seller Must Enter Purchaser's Name: _____

Address: _____

Seller Must Enter Selling Price: _____

Seller Must Enter Date Sold: _____

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads 2 1 0 0 0 0 .X [ no tenths] miles, date read _____
and I hereby certify that to the best of my knowledge the odometer reading:

☒ reflects ACTUAL MILEAGE   ☐ 1. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 2. is NOT THE ACTUAL MILEAGE.

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

SELLER Must Sign Here: _____

CO-SELLER Must Sign Here: _____

Print Here: ANDREW UCRALDI

Print Here: _____

Selling Dealer's License Number: _____   Tax No.: _____   License Number: _____

Auction Name: _____

PURCHASER Must Sign Here: _____

CO-PURCHASER Must Sign Here: _____

Print Here: _____

Robert R. Kynoch
Director

Robert R. Kynoch

Tax Collected: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15)

**STATE OF FLORIDA**

VOID IF ALTERED

DEMAND LETTER

Dated: July 3, 2023

TO:

1) Anthony J. Veraldi

2) West Florida Hardscaping and Brick Inc

3) Adult son of Anthony Veraldi

FROM:

Deborah and Robert Hickman

863-255-3157

REGARDING: 2003 F450

DEMAND FOR PAYMENT OF $18,000 ON OR BEFORE JULY 14, 2023

AGREEMENT:

If full payment in the amount of $18,000 in cash is made before 6pm July 14, 2023, all documentation listed below will be returned to Mr. Veraldi and the matter between all parties regarding the purchase of VIN 1FDXX47PX3EB91269 will be fully resolved.

Title to F450, both sales receipts issued by Mr Veraldi to the Hickman's in the amounts of $11,000 and $5000.

CAUTION:

On July 15 the attached documentation will be shared with county and state authorities. The Hickman's will ask law enforcement to investigate this crime as exploitation of seniors.

FRAUD IN THE INDUCEMENT-FELONY, FLORIDA COMMUNICATIONS FRAUD ACT (A DISTINCT FELONY FOR EACH TEXT AND FOR THE CRAIGSLIST AD)      As well as CIVIL THEFT (TRIPLE DAMAGES),

MESSAGE FROM THE HICKMAN"S to VERALDI:  IF VINDICATION COMES FROM SEEING

1

YOU, YOUR SON AND YOUR CORPORATION CRIMINALLY CHARGED, SO BE IT.
REPAYMENT WOULD BE EASIEST FOR ALL PARTIES. MAKE NO MISTAKE, THE
HICKMAN'S WILL FILE A CIVIL SUIT FOR TRIPLE DAMAGES WHICH INCLUDE LOSS OF
WAGES, MECHANICS INVOICE AND SALES PRICE. THE HICKMAN'S WILL VIGOROUSLY
PURSUE CRIMINAL CHARGES AGAINST THE PARTIES LISTED ABOVE IN ADDITION TO
THE CIVIL LAWSUIT.

## ATTACHMENTS:

Sales receipts in amount of $5,000 and another for $11,000

Mechanic invoices

Florida statutes

Flyer provided by Veraldi with his writing on it

copy of article so incorporation for West Florida Hardscaping and Brick Inc

## DETAILS:

On April 10, 2023 The Hickman's responded to a Craigslist posting for a 2003 F450 advertised by
Anthony Veraldi who returned the Hickman's call twice that day and spoke to the Hickman's
twice that day for over 10 minutes. Through out these 2 telephone conversations Anthony
Veraldi repeatedly stated that he would put his mother, sister, anyone in the truck and send
them across country. Veraldi reported to the Hickman's that the truck was in excellent
mechanical condition. Veraldi stated that his son drove the truck back and forth to Georgia with
no issues, that the truck was extremely dependable and had been kept up as it was a backup
truck for his company.

The Craigslist posting contained the information that is described on the attached flier that
Veraldi gave the Hickman's. Veraldi hand wrote the type of motor oil to use at the bottom of
the flyer.

On April 11, 2023 Mrs Hickman called Veraldi and spoke with him for 7 minutes and 51 seconds
to verify that the truck was dependable and ready to work. Veraldi called the Hickman's that
afternoon and spoke for 2 minutes and 53 seconds and again for a minute and 40 seconds.
Relying on the information provided to them by Veraldi, the Hickman's drove over 4 hours in
rain to purchase the truck later in the day on April 11, 2023. On this date Veraldi and his son
repeatedly stated that there were no issues with the truck, that it was a dependable all around
great truck ready to work. Veraldi stated he was selling it at a discount because he was not a
used car salesman and had no time for it. After the $11,000 purchase price was counted out,
Veraldi made the following statement to Mrs. Hickman: "I don't know about you, but I think I

2

pay enough taxes." Without waiting for a response Veraldi proceeded to write two sales receipts with differing amounts. Veraldi signed both receipts and dated them without telling Mrs Hickman what he was doing. Veraldi handed them to Mrs Hickman and tore the upper portion off of the title as he gave it to her. He stated that he was turning that in to the state to have his name taken off of the title. The truck is titled to West Florida Hardscaping and Brick Inc. Articles of Incorporation - Article III states The purpose for which this corporation is organized is any and all lawful business.During the money exchange portion of the sale, Adult son of Veraldi helped Mr. Hickman load the Hickman's van onto their trailer. The son's response to questions regarding the truck was "it's a good truck,always worked great, dependable. I drove it for work with no issues."

The Hickman's left Hudson, FL for the 4 hour drive home during a thunderstorm. The wipers did not come on, the lighting on the truck failed, the driver's window was out of track and could not be opened. The Hickman's trip home took over 9 hours. There was much panic and at points terror that the Hickman's endured over the multiple failures the truck experienced immediately upon purchase. The truck had the wrong steering wheel, the truck shook in a dangerous fashion. The truck was ultimately left by the side of SR74 until it could be towed almost 48 hours later. On April 22 the Hickman's left the truck at Gilbert Ford for diagnosis and service. The dealership took 8 weeks to diagnose as it was multiple wiring discrepancies then multiple engine oil leaks which took the dealership an additional 8 weeks to diagnose. The invoices for said service attached. During this time the Hickman's were deprived of the ability to utilize the truck. The Hickman's were economically damaged during the time that the truck was not road worthy. Veraldi placed the Hickman's in a perilous situation that could have resulted in physical injury. The truck was titled to West Florida Hardscaping and Brick Inc and was sold to the Hickman's by Anthony Jason Veraldi personally.

The Hickman's therefore demand a response to this text within 48 hours to show good faith on the part of Veraldi, son and corporation

Full payment of $18,000 on or before 6pm July 14- cash at which time the truck, title, and both sales receipts will be returned to Veraldi fully resolving the matter between all parties.

Sent by text message to 727-667-7316, July 3, 2023

Via certified mail to 11744 Kitten Trail, Hudson, FL 34669 and PO Box 5926, Hudson, FL 34674

3:46          4G .ıll 92%

<  Anthony Veraldi...   ◻◗   ☎   ⋮

Review all supporting documents when they arrive in the mail. If you send me your email address I will send the package to you

Sunday, Jul 9 • 4:37 PM

Reportfraud.ftc.gov and florida attorney General fraud hotline   ♪))



**Report Fraud**

Protect your community by reporting fraud, scams, and bad business practices

reportfraud.ftc.gov

4:37 PM • 

⊕  🖻   RCS message   ☺   🎤

  ||| ◯ <

3:45 

4G ⅲ 92% 🔋

<    A    Anthony Veraldi...    🎥    📞    ⋮

### Tuesday, Apr 11 • 11:01 AM

So far ETA is <u>2:30</u>

I will be there     ...

### Tuesday, Apr 11 • 1:50 PM

Just checking in. Is everything going as planned. I am headed home now. Should be there <u>in 20 minutes</u>    🎵

We are still driving thru st Pete headed to 60. Bad traffic south of the skyway. Go to the doctor and call us. We will be hanging and close.

⊕    🖼    RCS message    ☺    🎤

|||      ◯      <

3:46   4G⁞ ⏳ 92% 🔋

< Ⓐ Anthony Veraldi... 📹 📞 ⋮

attached

I am mailing the full package to you. Limited time to repay me or I will go to law enforcement as well as filing a civil theft lawsuit which will cause you to pay me triple damages which include loss of wages

Review all supporting documents when they arrive in the mail. If you send me your email address I will send the package to you

Sunday, Ju.. • 4:37 PM

⊕ 🖼 RCS message ☺ 🎤

III.        ◯        ‹

3:45 

4G 92%

< **A** Anthony Veraldi... 📹 📞 ⋮

### Monday, Apr 10 • 5:03 PM

RCS chat with Anthony Veraldi. west Florida Hardscaping And Brick Inc. Hudson, FL

Hello, this is Deb. I spoke with you earlier about your truck. We did banking and would like to come tomorrow afternoon.

Ok, my address is 11744 kitten trail Hudson Florida 34669 I have to be done showing the truck by 3 o'clock. I have an appointment at 315 for at least an hour

⊕ 🖾  RCS message   

||| ◯ < ⏹

B1040 (FORM 1040) (12/15)

| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER** (Court Use Only) |
|---|---|

| **PLAINTIFFS** Deborah Hickman Robert Hickman 1289 River Rd, Moore Haven, FL 33471 | **DEFENDANTS** Anthony Jason Veraldi 11744 Kitten Trail Hudson, FL 34669 |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) PRO SE | **ATTORNEYS** (If Known) JAY WELLER   WELLER LEGAL GROUP Inc 25400 US Hwy 19 N, Suite 150 Clearwater FL 33763 |
| **PARTY** (Check One Box Only) □ Debtor   □ U.S. Trustee/Bankruptcy Admin ☒ Creditor   □ Other □ Trustee | **PARTY** (Check One Box Only) ☒ Debtor   □ U.S. Trustee/Bankruptcy Admin □ Creditor   □ Other □ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Section 523  2A, 2B, 6
money obtained by false Representation. is materially false that debtor caused to
use of a statement in writing that is materially false that debtor caused to
be made and published with intent to deceive, willful and malicious injury by debtor

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- □ 11-Recovery of money/property - §542 turnover of property
- □ 12-Recovery of money/property - §547 preference
- ☒ (3) 13-Recovery of money/property - §548 fraudulent transfer
- □ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- □ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- □ 31-Approval of sale of property of estate and of a co-owner – §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- □ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- □ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- □ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☒ (1) 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- □ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- □ 61-Dischargeability - §523(a)(5), domestic support
- ☒ (2) 68-Dischargeability - §523(a)(6), willful and malicious injury
- □ 63-Dischargeability - §523(a)(8), student loan
- □ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- □ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- □ 71-Injunctive relief – imposition of stay
- ☒ (4) 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- □ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☒ (5) 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- □ 01-Determination of removed claim or cause

**Other**
- □ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
- □ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| □ Check if this case involves a substantive issue of state law | □ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| □ Check if a jury trial is demanded in complaint | Demand $ 18,000   plus costs and fees |

**Other Relief Sought**
costs and fees

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Anthony Jason Verald. | BANKRUPTCY CASE NO.<br>8:23-bk-03080-CPM | |
| DISTRICT IN WHICH CASE IS PENDING<br>FL middle. | DIVISION OFFICE<br>FL middle Distrct | NAME OF JUDGE |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.