**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:
ANTHONEY JASON VERALDI,
    Debtor.

DEBORAH HICKMAN and ROBERT HICKMAN,
Plaintiff,

v.

ANTHONY JASON VERALDI,
Defendant.
_____/

Case No. 8:23-bk-03080-CPM
Chapter 7

Adv. Proc. No. 8:23-ap-00185-CPM

**MOTION FOR EXTENSION OF TIME**

    Defendant, by and through the undersigned counsel, hereby files this *Motion for Extension of Time*. In support thereof, Debtor states as follows:

1. Plaintiff filed this Adversary Proceeding against Defendant *pro se*.

2. Due to the informal nature of the complaint, the undersigned requests additional time to ensure a thorough and accurate response is filed.

    WHEREFORE, Defendant requests a 30-day extension of time to file a response and for any further relief the court deems fair and just.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on or before November 28, 2023, a true and correct copy of the foregoing was furnished via electronic or regular mail to:

Deborah Hickman and
Robert Hickman
1289 River Rd.
Moore Haven, FL 33471

    */s/ Jay Weller*
    Jay M. Weller, Esq.
    Florida Bar No. 985856
    WELLER LEGAL GROUP, P.A.
    25400 U.S. 19 N., Ste. 150
    Clearwater, FL 33763
    T: (727) 539-7701
    E: jweller@wellerlegalgroup.com