ORDERED.

Dated: December 08, 2023

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| ANTHONY JASON VERALDI<br>Debtor<br>_____/ | Case No. 8:23-bk-03080-CPM<br>Chapter 7 |
| DEBORAH HICKMAN and ROBERT HICKMAN,<br>Plaintiff, | |
| v. | Adv. Proc. No. 8:23-ap-00185-CPM |
| ANTHONY JASON VERALDI,<br>Defendant.<br>_____/ | |

**ORDER GRANTING DEFENDANT'S**
**MOTION FOR EXTENSION OF TIME (DOC. NO. 13)**

THIS CASE came on for consideration of Defendant's *Motion for Extension of Time* (Doc. No. 13) ("Motion") upon the Court's own initiative, without a hearing. The Court, having reviewed the record and considered the Motion, finds that the motion should be granted. Accordingly, it is

**ORDERED** the Motion is GRANTED. Defendant shall have 30 days from the date of this Order to file a response to the Complaint.

Attorney Kenneth Case is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.