**[Docdstka]** [ORDER CONDITIONALLY STRIKING]

ORDERED.

**Dated: January 10, 2024**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:23−bk−03080−CPM |
| Anthony Jason Veraldi | Chapter 7 |
| _____Debtor*_____/ | |
| Deborah Hickman | |
| Robert Hickman | |
| _____Plaintiff*_____ | |
| vs. | Adv. Pro. No. 8:23−ap−00185−CPM |
| Anthony Jason Veraldi | |
| _____Defendant*_____/ | |

### ORDER CONDITIONALLY STRIKING

    THIS PROCEEDING came on for consideration, without hearing, of the Answer to Complaint and Opposition to Defendant's Motion to Dismiss filed by Plaintiff Deborah Hickman on January 9, 2024 . The document is deficient in that it does not contain an original signature in compliance with Fed. R. Bankr. P. 9011(a). Accordingly, it is

    **ORDERED:**

    Plaintiff Deborah Hickman is directed to cure the deficiency within seven (7) days from the date of the entry of this Order. In the event that an amended document is not filed with the deficiency cured, the document shall be deemed stricken from the record.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.