# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                                    Case No: 8:23-bk-03080-CPM
                                                          Chapter 7
Anthony Jason Veraldi

**Debtor**                    /

**Deborah Hickman**

**Plaintiff**

Vs.

**Anthony Jason Veraldi,**

**Defendant**                    /

FILED VIA MAIL

JAN 11 2024

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

8-23-ap-185

### Plaintiff's Answer and Motion in Opposition to Defendant's Motion to Dismiss

**Plaintiff, Deborah Hickman,** respectfully moves this Honorable Court to grant this Motion in Opposition to Defendant's Motion to Dismiss, and as grounds therefore would show:

1. Service of Defendant's Motion to Dismiss is inadequate. Without adequate service upon Plaintiff, Plaintiff is unable to speak with specificity as to Defendant's grounds for their dismissal.
2. Plaintiff consulted with US Trustee regarding handling of service of Defendant's Motion to Dismiss. Plaintiff was advised that US Trustee is unable to provide legal advice but stated that Plaintiff should have received a copy of the defendant's motion as an attachment within an email from opposing counsel. Plaintiff never received a copy of the defendant's motion to dismiss.
3. US Trustee further stated that Defendant's motion alleged that their grounds for dismissal were "failure to state a cause of action". Plaintiff disagrees with that allegation. Plaintiff consulted with two (2) separate bankruptcy attorneys with the bankruptcy pro se clinic for the Middle District of Florida - Michael Barnett and Jonathan Sykes. Both attorneys assured the plaintiff that her filings were complete and ready to be filed at the time of her filing.

**WHEREFORE, Plaintiff respectfully asks the Court to enter an Order DENYING Defendant's Motion to Dismiss Plaintiff's Adversary Proceedings.**

## CERTIFICATE OF SERVICE

I certify that a copy of this answer/motion was emailed to counsel for opposing party, Jay Weller, at jweller@wellerlegalgroup.com and eservice@wellerlegalgroup.com on January, 9, 2024.

Deborah Hickman
1289 River Road
Moore Haven, FL 33471
debertlehickman@gmail.com

