**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Anthony Jason Veraldi

_____ /
**Debtor**

**Case No: 8:23-bk-03080-CPM**
**Chapter 7**

FILED
VIA EMAIL @ 4:44 Pm
FEB - 5 2024

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

Adv. Pro. No. 8:23-ap-00185-CPM

**Deborah Hickman**

**Plaintiff**

Vs.

**Anthony Jason Veraldi,**

_____ /
**Defendant**

### Plaintiff's Motion For Continuance

Plaintiff, Deborah Hickman, respectfully moves this Honorable Court to grant this Motion For Continuance, and as grounds therefore would show:

1. In order to respect the Court's time, Plaintiff requests that this matter be continued until the U.S. Trustees matter is ruled upon.
2. Plaintiff emailed opposing counsel regarding her request for a continuance at jweller@wellerlegalgroup.com and kcase@wellerlegalgroup.com on February 5, 2024. As of this writing, a response has not yet been received.

WHEREFORE, Plaintiff respectfully asks the Court to enter an Order GRANTING Plaintiff's Motion For Continuance.

### CERTIFICATE OF SERVICE

I certify that a copy of this motion was emailed to counsel for opposing party, Jay Weller, at jweller@wellerlegalgroup.com and eservice@wellerlegalgroup.com on February 5, 2024.

**Deborah Hickman**
**1289 River Road**
**Moore Haven, FL 33471**
**debertlehickman@gmail.com**