ORDERED.

Dated:  February 07, 2024

_Catherine McEwen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  
Anthony Jason Veraldi

Case No. 8:23−bk−03080−CPM
Chapter 7

_____Debtor*_____/

Deborah Hickman  
Robert Hickman  
       Plaintiff*

Adv. Pro. No. 8:23−ap−00185−CPM

vs.

Anthony Jason Veraldi

_____Defendant*_____/

**ORDER GRANTING MOTION TO CONTINUE HEARING**

   THIS CASE came on for consideration without a hearing of the **Motion to Continue Hearing** (Doc. **20**), filed by **Plaintiff Deborah Hickman**.

      The Court having considered the record, the Motion to Continue Hearing is Granted.

   The hearing on the Motion to Dismiss Adversary Proceeding [Doc. 15] filed by Jay M Weller on behalf of Defendant Anthony Jason Veraldi scheduled for February 12, 2024 at 10:00 a.m. is <u>rescheduled to May 6, 2024 at 10:00 a.m.</u> before the Honorable Catherine Peek McEwen, in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602.

All parties may attend the hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen/) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom. If an unrepresented party is unable to access the Court's website, please contact the Courtroom Deputy at (813) 301−5151 no later than 6:00 p.m. one business day before the hearing date.

   The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.