FILED

MAY 10 2024
Email 1:01 PM
Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA

## TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:23-bk-03080-CPM |
| Anthony Jason Veraldi | Chapter 7 |
| <u>Debtor /</u> | |
| Deborah Hickman | |
| Plaintiff | |
| Vs. | Adv. Pro. No. 8:23-ap-00185-CPM |
| Anthony Jason Veraldi | |
| <u>Defendant /</u> | |

### AMENDED MOTION FOR CONTINUANCE ON DEFENDANT'S
### MOTION TO DISMISS ADVERSARY PROCEEDING

Comes now Deborah Hickman, pro se and respectfully requests a continuance for hearing scheduled May 6, 2024 at 10 am.

On April 23, 2024 there was an Order of Discharge in the above referenced case. On April 30 I drove to North Carolina to be with my daughter and her 4-year-old son who had been placed on a ventilator. I took this action as I believed that the bankruptcy was discharged and assumed that there would be no hearing on May 6. Secondary to this family crisis I am not able to argue my case at this time. Should the court grant my request for an extension of time I will be available for a rescheduled hearing on the Defendant's motion to dismiss.

I certify that a copy of this document was emailed to the person listed below on May 10, 2024.

Jay M. Weller @jweller@wellerlegalgroup.com

*/s/ Deborah Hickman*

Signature of party

Printed name: Deborah Hickman

debertlehickman@gmail.com