ORDERED.

Dated: May 13, 2024

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:23-bk-03080-CPM

Anthony Jason Veraldi,  Chapter 7

    Debtor.
_____/

Deborah Hickman and
Robert Hickman,

    Plaintiffs
v.  Adv. No.: 8:23-ap-00185-CPM

Anthony Jason Veraldi,

    Defendant.
_____/

### ORDER CONDITIONALLY GRANTING MOTION TO CONTINUE HEARING

THIS PROCEEDING came on for hearing on May 6, 2024, for consideration of the Defendant's Motion to Dismiss (Doc. No. 15). Prior to the hearing, Plaintiff Deborah Hickman sent an email requesting a continuance. The email, however, was not sent to the Court's "Intake" email address. It was sent to the Court's "HelpDesk" email address. For the reasons stated orally and recorded in open court that shall constitute the decision of the Court, the Court accepts the email as a Motion for a Continuance (the "Motion") (Doc. No. 23) and finds that it should grant the Motion with certain conditions.

Accordingly, it is

**ORDERED**:

1. The Motion for Continuance is granted and the hearing on the Motion to Dismiss is continued to August 5, 2024, at 10:30 a.m., subject to the conditions stated below.

2. Within 14 days of entry of this order, the Plaintiffs must file an Amended Motion for Continuance.

3. If the Plaintiffs fail to timely file an amended motion, the Court will conduct a hearing on August 5, 2024, at 10:30 a.m., and require the Plaintiffs to show cause at that time why this proceeding should not be dismissed.

4. All parties may attend the August 5 hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (at: https://www.flmb.uscourts.gov/judges/mcewen)  for her policies and procedures for remote attendance at hearings by video or telephone via Zoom. **If an unrepresented party** is unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5151 for assistance no later than 6:00 p.m. one business day before the date of the hearing. **Parties represented by counsel** who need assistance should contact their attorney.

The Clerk is directed to serve a copy of this order on the Plaintiffs.