United States Bankruptcy Court

Middle District of Florida

Hickman,
    Plaintiff

Veraldi,
    Defendant

Adv. Proc. No. 23-00185-CPM

# CERTIFICATE OF NOTICE

District/off: 113A-8     User: admin     Page 1 of 1
Date Rcvd: May 14, 2024     Form ID: pdfdoc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Anthony Jason Veraldi, 11744 Kitten Trail, Hudson, FL 34669-1179 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Deborah Hickman | debertlehickman@gmail.com |
| Jay M Weller | on behalf of Defendant Anthony Jason Veraldi jweller@wellerlegalgroup.com 12570@notices.nextchapterbk.com;eservice@wellerlegalgroup.com |
| Robert Hickman | caloosacraftsman@gmail.com |

TOTAL: 3

ORDERED.

Dated: May 13, 2024

*Catherine M. McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:23-bk-03080-CPM |
| Anthony Jason Veraldi, | Chapter 7 |
| Debtor. _____/ | |
| Deborah Hickman and Robert Hickman, | |
| Plaintiffs v. | Adv. No.: 8:23-ap-00185-CPM |
| Anthony Jason Veraldi, | |
| Defendant. _____/ | |

## ORDER CONDITIONALLY GRANTING MOTION TO CONTINUE HEARING

THIS PROCEEDING came on for hearing on May 6, 2024, for consideration of the Defendant's Motion to Dismiss (Doc. No. 15). Prior to the hearing, Plaintiff Deborah Hickman sent an email requesting a continuance. The email, however, was not sent to the Court's "Intake" email address. It was sent to the Court's "HelpDesk" email address. For the reasons stated orally and recorded in open court that shall constitute the decision of the Court, the Court accepts the email as a Motion for a Continuance (the "Motion") (Doc. No. 23) and finds that it should grant the Motion with certain conditions.

Accordingly, it is

**ORDERED**:

1. The Motion for Continuance is granted and the hearing on the Motion to Dismiss is continued to August 5, 2024, at 10:30 a.m., subject to the conditions stated below.

2. Within 14 days of entry of this order, the Plaintiffs must file an Amended Motion for Continuance.

3. If the Plaintiffs fail to timely file an amended motion, the Court will conduct a hearing on August 5, 2024, at 10:30 a.m., and require the Plaintiffs to show cause at that time why this proceeding should not be dismissed.

4. All parties may attend the August 5 hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (at: https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom. **If an unrepresented party** is unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5151 for assistance no later than 6:00 p.m. one business day before the date of the hearing. **Parties represented by counsel** who need assistance should contact their attorney.

The Clerk is directed to serve a copy of this order on the Plaintiffs.