ORDERED.

Dated:  August 13, 2024

*Catherine M<sup>c</sup>Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| ANTHONY JASON VERALDI<br>Debtor<br>_____/ | Case No. 8:23-bk-03080-CPM<br>Chapter 7 |
| DEBORAH HICKMAN and ROBERT<br>HICKMAN,<br>Plaintiff, | |
| v. | Adv. Proc. No. 8:23-ap-00185-CPM |
| ANTHONY JASON VERALDI,<br>Defendant.<br>_____/ | |

**ORDER GRANTING IN PART DEFENDANT'S**
**MOTION TO DISMISS ADVERSARY PROCEEDING (DOC. NO. 15)**

THIS CASE came on for hearing on August 5, 2024, for consideration of Defendant's *Motion to Dismiss Adversary Proceeding* (Doc. No. 15) ("Motion"). The Court, having reviewed the Motion, considered the record, and heard argument of counsel, finds that the motion should be granted in part. Accordingly, it is

**ORDERED**:

1. The Motion is GRANTED with respect to any claims or counts based upon 11 U.S.C. § 523(a)(2)(B).

  2.  Within 14-days of the date of this Order, Plaintiff shall further support any claims or counts based upon 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(6), by filing a More Definite Statement explaining how Defendant knew about the oil leak.

  3.  If Plaintiff timely files a More Definite Statement, Defendant shall have 14-days thereafter to respond.

  4.  Failure of Plaintiff to timely file a More Definite Statement may result in the granting of the Motion and dismissal of this action, either upon further hearing or the Court's own initiative.

Attorney Kenneth Case is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.