# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
### www.flmb.uscourts.gov

In re:

ANTHONY JASON VERALDI,                        Case No. 8:23-bk-03080
Debtor.[1]                                                           Chapter 7
_____/

DEBORAH HICKMAN and ROBERT
HICKMAN,
Plaintiff,

v.                                                                             Adv. Proc. No. 8:23-ap-000185-CPM

ANTHONY JASON VERALDI,
Defendant.

_____/

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on or before August 14, 2024, a true and correct copy of the Court's *Order Granting in Part Defendant's Motion to Dismiss Adversary Proceeding (Doc. No. 15)* (Doc. No. 29) was served upon the following parties by CM/ECF electronic to: Deborah Hickman at debertlehickman@gmail.com and Robert Hickman at caloosacraftsman@gmail.com.

                                                                              */s/ Jay Weller*
                                                                              Jay M. Weller, Esq.
                                                                              Florida Bar No. 985856
                                                                              WELLER LEGAL GROUP, P.A.
                                                                              25400 U.S. 19 N., Ste. 150
                                                                              Clearwater, FL 33763
                                                                              T: (727) 539-7701
                                                                              E: jweller@wellerlegalgroup.com

---

[1] References to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.