ORDERED.

Dated: September 10, 2024

*Catherine M Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | |
| ANTHONY JASON VERALDI<br>Debtor<br>_____/ | Case No. 8:23-bk-03080-CPM<br>Chapter 7 |
| DEBORAH HICKMAN and ROBERT<br>HICKMAN,<br>Plaintiff, | |
| v. | Adv. Proc. No. 8:23-ap-00185-CPM |
| ANTHONY JASON VERALDI,<br>Defendant.<br>_____/ | |

**ORDER GRANTING DEFENDANT'S**
**MOTION TO DISMISS ADVERSARY PROCEEDING (DOC. NO. 15)**

THIS CASE came on without a hearing for further consideration of Debtor's *Motion to Dismiss Adversary Proceeding* (Doc. No. 15) ("Motion")*,* upon the Plaintiff's failure to comply with the Court's *Order Granting in Part Defendant's Motion to Dismiss Adversary Proceeding* (Doc. No. 29) ("Order"). Pursuant to the Order, Plaintiff was given 14-days to file a More Definite Statement, which Plaintiff failed to do. The Order provided for dismissal of this adversary proceeding without further hearing if Plaintiff failed to comply. Wherefore, the Court,

having reviewed the record and in the absence of any timely filed More Definite Statement, finds that the Motion should be granted. Accordingly, it is

**ORDERED** that the Motion is GRANTED as to all claims and counts and this adversary proceeding is hereby dismissed with prejudice.

Attorney Jay Weller is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.