# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| ANTHONY JASON VERALDI,<br>Debtor.<br>_____/ | Case No. 8:23-bk-03080<br>Chapter 7 |
| DEBORAH HICKMAN and ROBERT<br>HICKMAN,<br>Plaintiff, | |
| v. | Adv. Proc. No. 8: 23-ap-00185-CPM |
| ANTHONY JASON VERALDI,<br>Defendant.<br>_____/ | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or before September 13, 2024, a true and correct copy of the foregoing Court's *Order Granting Defendant's Motion to Dismiss Adversary Proceeding (Doc. No. 15)* (Doc. No. 31) was served upon the following parties by CM/ECF electronic mail to: Deborah Hickman at debertlehickman@gmail.com and Robert Hickman at caloosacraftsman@gmail.com.

*/s/ Jay Weller*
Jay M. Weller, Esq.
Florida Bar No. 985856
WELLER LEGAL GROUP, P.A.
25400 U.S. 19 N., Ste. 150
Clearwater, FL 33763
T: (727) 539-7701
E: jweller@wellerlegalgroup.com

ORDERED.

Dated:  September 10, 2024

*Catherine M^cEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | |
| ANTHONY JASON VERALDI<br>Debtor<br>_____/ | Case No. 8:23-bk-03080-CPM<br>Chapter 7 |
| DEBORAH HICKMAN and ROBERT<br>HICKMAN,<br>Plaintiff, | |
| v. | Adv. Proc. No. 8:23-ap-00185-CPM |
| ANTHONY JASON VERALDI,<br>Defendant.<br>_____/ | |

**ORDER GRANTING DEFENDANT'S**
**MOTION TO DISMISS ADVERSARY PROCEEDING (DOC. NO. 15)**

THIS CASE came on without a hearing for further consideration of Debtor's *Motion to Dismiss Adversary Proceeding* (Doc. No. 15) ("Motion")*,* upon the Plaintiff's failure to comply with the Court's *Order Granting in Part Defendant's Motion to Dismiss Adversary Proceeding* (Doc. No. 29) ("Order"). Pursuant to the Order, Plaintiff was given 14-days to file a More Definite Statement, which Plaintiff failed to do. The Order provided for dismissal of this adversary proceeding without further hearing if Plaintiff failed to comply. Wherefore, the Court,

having reviewed the record and in the absence of any timely filed More Definite Statement, finds that the Motion should be granted. Accordingly, it is

**ORDERED** that the Motion is GRANTED as to all claims and counts and this adversary proceeding is hereby dismissed with prejudice.

Attorney Jay Weller is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.